UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY GLENN ALEXANDER,

Plaintiff,

v.

Case No. 26-cv-10010
Hon. Matthew F. Leitman

COUNTY OF JACKSON, et al.,

Defendants.

_______________________________________/

# JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's action is dismissed with prejudice.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 23, 2026
Detroit, Michigan